IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION FOR** |
| | ) | **RECONSIDERATION OF DETENTION AND** |
| vs. | ) | **SETTING CONDITIONS OF RELEASE** |
| | ) | |
| Kirk Blaine Hollow, | ) | Case No. 1:23-cr-161 |
| | ) | |
| Defendant. | ) | |

Defendant is charged in a petition with violating his conditions of supervised release. (Doc. No. 42). On April 10, 2024, he made his initial appearance before the court and was ordered detained pending further hearing. (Doc. Nos. 46 and 49). He subsequently filed a waiver of his right to a detention hearing and was ordered detained by the court pending a final hearing on the petition, which is presently scheduled for October 9, 2024. (Doc. Nos. 52, 54, and 55).

On September 25, 2024, Defendant filed a Motion for Reconsideration of Detention. (Doc. No. 56). He requests that the court release him to the Lake Region Residential Re-Entry Center in Devils Lake, North Dakota, pending final resolution of this matter.

There being no objection from the United States, the court **GRANTS** Defendant's motion. (Doc. No. 56). Defendant shall be released to his aunt, Geraldine Hollow, no earlier than 9:00 AM on September 30, 2024, for transport to the Lake Region Residential Re-Entry Center. Defendant shall report to the Lake Region Residential Re-Entry Center no later than 3:00 PM on September 30, 2024. Defendant remains subject to all of the conditions of his supervised release. Defendant shall also comply with the following additional conditions while on release.

(1)     Defendant shall reside at the Lake Region Residential Re-Entry Center and comply

with all of its rules and regulations.

(2)   Defendant shall not change his residence without the prior approval of the Probation officer.

(3)   If terminated from the Lake Region Residential Re-Entry Center for any reason, Defendant shall surrender to the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated this 27th day of September, 2024.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court